# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1490
Lower Tribunal No. 2023-CF-005974-A-O

_____

STATE OF FLORIDA,

Appellant,

v.

KAYLEE NICOLE BRYANT,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jenifer M. Harris, Judge.

October 3, 2025

PER CURIAM.

AFFIRMED. *See State v. Calvert*, 15 So. 3d 946, 948 (Fla. 4th DCA 2009) ("To properly preserve an issue for appellate review requires three components, first, a litigant must make a timely, contemporaneous objection. Second, the party must state a legal ground for that objection. Third, in order for an argument to be cognizable on appeal, it must be the specific contention asserted as legal ground for the objection, exception, or motion below." (quoting *Harrell v. State*, 894 So. 2d 935, 940 (Fla. 2005) (internal quotations, alterations omitted))).

MIZE, BROWNLEE and GANNAM, JJ., concur.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellant.

Thomas Butler, of Thomas Butler, P.A., Miami Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED